IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAIME RIVERA,<br>    Petitioner | : | |
| | : | |
| vs. | : | CIVIL NO. 1:CV-08-1040 |
| | : | |
| WARDEN JERRY C. MARTINEZ,<br>    Respondent | : | |

*O R D E R*

AND NOW, this 9th day of September, 2008, upon consideration of the report (doc. 5) of the magistrate judge, filed June 18, 2008, to which objections were filed, and upon independent review of the record, it is ordered that:

    1. The magistrate judge's report is adopted.

    2. Plaintiff's objections are hereby denied.

    3. The Clerk of Court shall close this file.

                                     /s/William W. Caldwell
                                       William W. Caldwell
                                       United States District Judge